AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
MIDDLE DISTRICT OF ALABAMA

ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

v.

ALICE CARDER

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:07CV15-MEF

TO:

ALICE CARDER
174 Park Blvd.
Dadeville, AL 36853

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

    Dorman Walker  (Bar # WAL086)
    Kelly F. Pate (Bar # FIT014))
    BALCH & BINGHAM LLP
    105 Tallapoosa Street, Suite 200
    P.O. Box 78 (36101)
    Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

1.3.07
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* ||
| ☐ Served personally upon the defendant.  Place where served _____ ||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left _____ ||
| ☐ Returned unexecuted _____ ||
| ☐ Other (specify) _____ ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                            *Signature of Server*

                                            _____
                                            *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.