Declaration of Service (substituted service) Page 1 of 1

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>ALICE CARDER<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **3:07CV15-MEF**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 13th day of January, 2007, at 10:30 AM, at the address of 174 PARK Road, DADEVILLE, Tallapoosa County, AL 36853; this declarant served the above described documents upon **ALICE CARDER**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Margaret Carder, mother of Alice Carder, A white female approx. 55-65 years of age 5'4"-5'6" in height weighing 100-120 lbs with gray hair, was served on the 3rd attempt, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this 14th day of January, 2007.

_Joe Neighbors_
Joe Neighbors, Tallapoosa, AL.


ABC's Client Name              ORIGINAL PROOF OF SERVICE              ABC Tracking #: 4220579
Holme, Roberts & Owen RIAA
(PFI)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 1-13-07

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (PRINT) Joe Neighbors    TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: 174 Park Rd Dadeville AL 36853

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: Margaret Carder

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 1-13-07
Dated

Signature of Server: Joe Neighbors

**CAPITOL INVESTIGATION**
Address of Server
5184 Caldwell Mill Road
Suite 204-200
Birmingham, AL 35244
(205) 991-5134

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.