UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation<br>Plaintiffs<br><br>V.<br><br>ALICE CARDER<br>Defendant | )<br>)<br>) CASE NUMBER:<br>) 307CV15-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

COMES NOW, the Defendant, Alice Carder, individually, by and through undersigned Counsel, and in answer to Plaintiff's Complaint for copyright infringement, states as follows:

1. With regard to paragraph 1 of Plaintiff's Complaint, the Defendant admits the allegation contained therein.

2. With regard to paragraph 2 of Plaintiff's Complaint, the Defendant admits the allegation contained therein.

3. With regard to paragraph 3 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

4. With regard to paragraph 4 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

5. With regard to paragraph 5 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

6. With regard to paragraph 6 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

7. With regard to paragraph 7 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

8. With regard to paragraph 8 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

9. With regard to paragraph 9 of Plaintiff's Complaint, the Defendant admits the allegation contained therein.

10. With regard to paragraph 11 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

11. With regard to paragraph 12 of Plaintiff's Complaint, the Defendant is without sufficient knowledge to either admit or deny the allegation contained therein.

12. With regard to paragraph 13 through 17 of Plaintiff's Complaint, the Defendant denies each and every allegation contained within paragraph thirteen (13) through seventeen (17) of Plaintiff's Complaint, and demands strict proof thereof.

13. Defendant denies that she is guilty of the matters and things charged in this Complaint and denies that she is legally liable to the Plaintiff, and denies that she is in any moment indebted to the Plaintiff.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted 12(b)(6) Federal Rules of Civil Procedure.

### SECOND DEFENSE

Plaintiff's claim is barred by the doctrine of laches.

### THIRD DEFENSE

Defendant avers that Plaintiff is not entitled to damages because any alleged injury suffered by the Plaintiff was caused by occurrences other than conduct which the Defendant may be liable.

### FOURTH DEFENSE

Plaintiff fails to join an indispensable party in accordance with Rule 19 of the Federal Rules of Civil Procedure.

### FIFTH DEFENSE

Defendant pleads the general issue.

### SIXTH DEFENSE

Defendant denies the nature and extend of Plaintiff's injuries.

## SEVENTH DEFENSE

Defendant avers that some or all of the Plaintiff's claims are barred by the application of the statute of limitation.

## EIGHTH DEFENSE

Defendant asserts that the Plaintiff's claims are barred by the doctrine of estoppel.

## NINTH DEFENSE

Defendant asserts that the Plaintiff's claims are barred by the doctrine of waiver.

## TENTH DEFENSE

Defendant asserts that the Plaintiff's claims are barred by the doctrine of unclean hands.

Respectfully submitted this 29th day of January, 2007

Robin F. Reynolds (REY 023)
Attorney for Defendant
139 South Broadnax St.
Dadeville, AL 36853
256-825-8251 Phone
256-825-8201 Fax

Angela J. Hill (HIL 052)
Attorney for Defendant
139 South Broadnax St.
Dadeville, AL 36853
256-825-8251 Phone
256-825-8201 Fax

OF COUNSEL:
ROBIN F. REYNOLDS, P.C.
ANGELA J. HILL, L. L. C.
139 South Broadnax Street
Dadeville, Alabama 36853
Telephone:    (256) 825-8251
Facsimile:    (256) 825-8201

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 29th day of January, 2007

Dorman Walker
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
PO Box 78 (36101)
Montgomery, Alabama 36104