## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation<br>    Plaintiffs<br><br>V.<br><br>ALICE CARDER<br>    Defendant | CASE NUMBER:<br>307CV15-MEF |

## MOTION FOR LEAVE TO AMEND PLEADINGS

COMES NOW undersigned counsel for the Defendant, Alice Carder, and pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure and files this Motion to Amend Pleadings. In support of said Motion, the undersigned respectfully represents as follows:

1. That said Motion For Leave to Amend Pleadings is timely filed within the Court's Scheduling Order.

2. That undersigned requests leave in order to amend Pleadings in order to assert a counter claim against the Plaintiffs.

Respectfully submitted this the 22nd day of May, 2007.

/s/ Angela Hill
Angela J. Hill (HIL052)
Attorney for Defendant
139 South Broadnax St.
Dadeville, AL 36853

OF COUNSEL:
ROBIN F. REYNOLDS, P.C.
ANGELA J. HILL, L. L. C.
139 South Broadnax Street
Dadeville, Alabama 36853
Telephone:    (256) 825-8251
Facsimile:    (256) 825-8201

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following persons by United States Postal Service to the location designated, properly addressed and delivery charges prepaid on this the 22nd day of May, 2007

Dorman Walker
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
PO Box 78 (36101)
Montgomery, Alabama 36104                   /s/ Angela Hill