### UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation | ) ) ) ) ) ) ) | CASE NUMBER: 307CV15-MEF |
|     Plaintiffs | ) ) | |
| V. | ) ) | |
| ALICE CARDER | ) | |
|     Defendant | ) | |

### MOTION FOR LEAVE TO ADD A THIRD PARTY DEFENDANT

COMES NOW undersigned counsel for the Defendant, Alice Carder, and pursuant to Rule 14 of the Federal Rules of Civil Procedure and files this Motion to Add a Third Party Defendant. In support of said Motion, the undersigned respectfully represents as follows:

1. That said Motion is timely filed within the Court's Scheduling Order.

2. That undersigned requests leave in order to add a Third Party Defendant.

3. Attached is a copy of the proposed Third Party Complaint.

Respectfully submitted this the 22nd day of May, 2007.

 

/s/ Angela Hill
Angela J. Hill (HIL052)
Attorney for Defendant
139 South Broadnax St.
Dadeville, AL 36853

OF COUNSEL:
ROBIN F. REYNOLDS, P.C.
ANGELA J. HILL, L. L. C.
139 South Broadnax Street
Dadeville, Alabama 36853
Telephone:   (256) 825-8251

Facsimile:   (256) 825-8201

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following persons by United States Postal Service to the location designated, properly addressed and delivery charges prepaid on this the 22nd  day of May, 2007


Dorman Walker
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
PO Box 78 (36101)
Montgomery, Alabama 36104                 /s/ Angela Hill

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation<br>　　　Plaintiffs<br><br>　　V.<br><br>ALICE CARDER<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER:<br>307CV15-MEF |

**THIRD PARTY COMPLAINT**

COMES NOW the Plaintiff, Alice Carder, an Alabama citizen and resident by and through her attorneys Robin F. Reynolds and Angela J Hill, and complains of the Third Party Defendants, KAZAA; SHARMAN NETWORKS LIMITED aka SHARMAN NETWORDS LTD, SHARMAN LICENSE HOLDINGS LIMITED, GEOFFREY R. GEE, GLOBAL NOMINEES, AND CREDIT FACILITIES LIMITED (collectively, "Sharman Defendants").

**NATURE OF ACTION**

1. This is a Third Party Complaint which has been filed in response to litigation commenced by RIAA.

2. This action involves a complaint for copyright infringement which has been filed by the Plaintiffs against the Third Party Plaintiff, Alice Carder (hereinafter referred to as Carder).

**PARTIES**

3. SHARMAN NETWORKS LIMITED aka SHARMAN NETWORKS LTD ("SHARMAN NETWORKS") is a Vanuatu Corporation with a registered address, upon information and belief, with BDO Chartered Accountants, BDO House, Lini Highway, PO Box 240, Port Vila, Vanuatu. SHARMAN NETWORKS owns KAZAA.

4. SHARMAN LICENSE HOLDINGS LIMITED ("SHARMAN HOLDINGS") is a Vanuatu Corporation with a registered address, upon information and belief, with

|   |   |
|---|---|
|   | BDO Chartered Accountants, BDO House, Lini Highway, PO Box 240, Port Vila, Vanuatu. |
| 5. | WORLDWIDE NOMINEES LTD. is the sole director of SHARMAN NETWORKS and SHARMAN HOLDINGS.  WORLDWIDE NOMINEES LTD. is a Vanuatu Corporation with a registered address, upon information and belief, with BDO Chartered Accountants, BDO House, Lini Highway, PO Box 240, Port Vila, Vanuatu. |
| 6. | GEOFFREY R. GEE is a citizen and resident of Port Vila, Vanuatu, with a principal business address of Raffea House, Kumul Hwy, PO Box 782, Port Vila, Vanuatu.  Upon information and belief, GEOFFREY R. GEE is the sold director of WORLDWIDE NOMINEES LTD. |
| 7. | GLOBAL NOMINEES is a shareholder of WORLDWIDE NOMINEES LTD. Upon information and belief, GLOBAL NOMINEES is a Vanuatu Corporation. |
| 8. | CREDIT FACILITIES LIMITED is a shareholder of WORLDWIDE NOMINEES LTD.  Upon information and belief, CREDIT FACILITIES LIMITED is a Vanuatu Corporation. |
| 9. | Each of the individual Third Party Defendants above engaged in the conduct which has damaged the Plaintiff, Atlantic Recording Corporation, a Delaware corporation; Virgin Records America, Inc., a California corporation; Sony BMG Music Entertainment, a Delaware general partnership; BMG Music, a New York general partnership; and UMG Recordings, INC., a Delaware Corporation. |

## JURISDICTION

| | |
|---|---|
| 10. | This action is currently pending in the jurisdiction of this Court. |
| 11. | This Court has jurisdiction over the Sharman Defendants because the Third Party Defendants have engaged in commercial activity with, and sold products to, citizens of the United States and, in particular, the State of Alabama.  Moreover, Plaintiff has been served as a result of the Third Party Defendants action. |

## FACTUAL BACKGROUND

### The Relationship Between the Parties

| | |
|---|---|
| 12. | The Plaintiffs are Atlantic Recording Corporation, a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York; Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of Claifornia, with its principal place of business in the State of New York; Sony BMG Music Entertainment is a Delaware general partnership, with its principal place of business in the State of New York; BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York, UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of |

California.
13. The Third Party Plaintiff, Alice Carder, hereinafter referred to as "Carder" has been sued by the Plaintiffs for infringement of copyright.
14. The Third Party Defendants (Sharman) marketed, distributed and sold a peer to peer (P2P) file-sharing product named KAZAA. This included a software product installed by Carder on her computer as well as the KAZAA network to which such computer could connect through the use of the KAZAA software. Collectively, these items and those related thereto are referred to as the KAZAA Product.
15. KAZAA came to be installed on a computer connected to the Internet through the Third Party Plaintiff's Internet connection obtained through a subscription with an Internet Service Provider.
16. Through the use of KAZAA on Carder's computer and her Internet connection, various record companies found filenames associated with their copyrighted sound recordings. These record companies eventually filed suit against Alice Carder for copyright infringement. This is the basis for the litigation that is currently pending.

### Third Party Defendants' Wrongful Conduct and Liability

17. The Sharman Defendants marketed KAZAA as a P2P service that allowed individuals to share files.
18. The Sharman Defendants deceptively marketed the KAZAA Product as allowing "legal" downloads with the purchase of a monthly subscription. Carder purchased said subscription.
19. The Sharman Defendants deceptively marketed the use of and sold the KAZAA Product as legal; and as a result Carder, along with the Plaintiffs, have been substantially damaged.
20. The Sharman Defendants knew that most users of the KAZAA Product would use the KAZAA Product to catalog and store digital copies of copyrighted sound recordings and films.
21. The Sharman Defendants encouraged, invited, and solicited such conduct from the public, its customers, and users of the KAZAA Product; and as a result Carder, along with the Plaintiffs, have been substantially damaged..
22. To use the KAZAA Product, Carder downloaded the KAZAA software and installed it on her computer. These files were contained within a "share folder."
23. To increase the sound recordings and films available on the KAZAA network, the Sharman Defendants designed the KAZAA software to create the share folder and make the share folder accessible to anyone using KAZAA software on the KAZAA network. They did so such that neither the KAZAA software nor the individual user's computer would inform the user that this had occurred; and as a result Carder, along with the Plaintiffs, have been substantially damaged.
24. In other words, the Sharman Defendants designed the KAZAA software to share the contents of the Third Party Plaintiff's (Carder) "share folder" without letting Carder know that she had made such contents available to others on the KAZAA network.

WHEREFORE, the above premises considered, the undersigned respectfully requests that this Honorable Court add KAZAA; SHARMAN NETWORKS LIMITED aka SHARMAN NETWORKS LTD, SHARMAN LICENSE HOLDINGS LIMITED, GEOFFREY R. GEE, GLOBAL NOMINEES, AND CREDIT FACILITIES LIMITED as Third Party Defendants in the above styled action and grant Third Party Plaintiff a *trial by jury* on the issues raised herein.

Respectfully submitted this the 22nd day of May, 2007.

/s/ Angela Hill
Angela J. Hill (HIL052)
Attorney for Defendant
139 South Broadnax St.
Dadeville, AL 36853

OF COUNSEL:
ROBIN F. REYNOLDS, P.C.
ANGELA J. HILL, L. L. C.
139 South Broadnax Street
Dadeville, Alabama 36853
Telephone:   (256) 825-8251
Facsimile:   (256) 825-8201

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following persons by United States Postal Service to the location designated, properly addressed and delivery charges prepaid on this the 22nd day of May, 2007

Dorman Walker
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
PO Box 78 (36101)
Montgomery, Alabama 36104                    /s/ Angela Hill