IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING | ) | |
| CORPORATION, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:07-cv-15-MEF-TFM |
| | ) | |
| ALICE CARDER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on the Motion for Leave to Amend Pleadings (Doc. #

9) filed by Defendant Alice Carder ("Carder") on May 22, 2007.  By this motion, Carder

seeks leave to file an amended answer asserting a previously unarticulated counterclaim

against the plaintiffs.  This motion fails to comply with Rule 15.1 of the Local Rules for the

United States District Court for the Middle District of Alabama.  Specifically, the proposed

amended answer that Carder seeks leave to file is not attached as an exhibit to the motion for

leave to amend.  Moreover, the motion for leave in no way describes the nature of the

counterclaim Carder seeks leave to assert.

The Court would normally show cause a motion for leave to amend a pleading, but

in this case, the Court cannot imagine how plaintiffs would be able to formulate any response

as Carder has utterly failed to provide any information about the counterclaim she seeks leave

to file.  Therefore, it is tempting to deny the motion for leave as it is deficient, but Rule 15.1

specifically states that failure to comply with its requirements is not a proper ground for

denial of a motion covered by the rule.  Additionally, the Court notes that the last day for seeking leave to amend pleadings or add parties was May 22, 2007.  Any denial of the motion on a technical ground might preclude Carder from a second chance at making a proper motion.

In light of the foregoing, it is hereby ORDERED as follows:

(1)  By no later than **May 29, 2007**, Carder shall file one of the following: (a) supplement to the Motion for Leave to Amend Pleadings (Doc. # 9) which supplement shall describe the counterclaim she seeks leave to file and shall have attached to it a copy of the proposed amended pleading in compliance with Local Rule 15.1 or (b) a motion for leave to withdraw  the Motion for Leave to Amend Pleadings (Doc. # 9).

(2)  By no later than **June 5, 2007**, plaintiffs shall show cause, if any there by, why the Motion for Leave to Amend Pleadings (Doc. # 9) shall not be granted.

DONE this the 23rd day of May, 2007.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE