IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 3:07-cv-15-MEF |
| ALICE CARDER, | ) ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Leave to Add Two Third-Party Defendants (Doc. 10) filed on May 22, 2007, it is hereby

ORDERED that the motion is DENIED as moot in light of Document No. 11.

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE