IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:07-cv-15-MEF |
| ALICE CARDER, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to Add Two Third-Party Defendants (Doc. 11) filed on May 22, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before June 1, 2007 as to why the motion should not be granted.

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE