**UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation <br>     Plaintiffs <br><br> V. <br><br> ALICE CARDER <br>     Defendant | CASE NUMBER: <br> 307CV15-MEF |

**MOTION FOR LEAVE TO WITHDRAW MOTION FOR LEAVE TO AMEND PLEADINGS**

COMES NOW the undersigned, counsel for the Defendant, Alice Carder, and files this Motion for Leave to Withdraw Defendant's Motion for Leave to Amend Pleadings pursuant to this Honorable Court's Order of the 23rd day of May, 2007. In support of said Motion the undersigned states as follows:

1. That the Defendant no longer intends to request leave to amend the Pleadings in order to file a counter claim against Plaintiffs.
2. A proposed Motion to Withdraw the Motion for Leave to Amend Pleadings is attached.

Respectfully submitted this the 29th day of May, 2007.

                                               /s/ Angela Hill
                                               Angela J. Hill (HIL052)
                                               Attorney for Defendant
                                               139 South Broadnax St.
                                               Dadeville, AL 36853

OF COUNSEL:
ROBIN F. REYNOLDS, P.C.
ANGELA J. HILL, L. L. C.
139 South Broadnax Street
Dadeville, Alabama 36853
Telephone:     (256) 825-8251
Facsimile:      (256) 825-8201

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following persons by United States Postal Service to the location designated, properly addressed and delivery charges prepaid on this the 29th day of May, 2007

Dorman Walker
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
PO Box 78 (36101)
Montgomery, Alabama 36104          /s/  Angela Hill

## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation<br>    Plaintiffs<br><br>V.<br><br>ALICE CARDER<br>    Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NUMBER:<br>307CV15-MEF |

### MOTION TO WITHDRAW THE MOTION FOR LEAVE TO AMEND PLEADINGS

COMES NOW the undersigned, counsel for the Defendant, Alice Carder, and files this Motion to Withdraw the Motion for Leave to Amend Pleadings pursuant to this Honorable Court's Order of the 23rd day of May, 2007. In support of said Motion the undersigned states as follows:

1. That the Defendant no longer intends to request leave to amend the Pleadings in order to file a counter claim against Plaintiffs.

Respectfully submitted this the 29th day of May, 2007.

/s/ Angela Hill
Angela J. Hill (HIL052)
Attorney for Defendant
139 South Broadnax St.
Dadeville, AL 36853

OF COUNSEL:
ROBIN F. REYNOLDS, P.C.
ANGELA J. HILL, L. L. C.
139 South Broadnax Street
Dadeville, Alabama 36853
Telephone: (256) 825-8251
Facsimile: (256) 825-8201

### CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon the following persons by United States Postal Service to the location designated, properly addressed and delivery charges prepaid on this the 29th day of May, 2007

Dorman Walker
Kelly F. Pate
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
PO Box 78 (36101)
Montgomery, Alabama 36104                                            /s/ Angela Hill