IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:07-cv-15-MEF |
| ALICE CARDER, | ) ) ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion for Leave to Withdraw Motion for Leave to Amend Pleadings (Doc. #15) filed on May 29, 2007, it is hereby

ORDERED that the motion is GRANTED and defendant's Motion for Leave to Amend Pleadings (Doc. #9) filed on May 22, 2007 is withdrawn.

DONE this the 30th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE