IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, et al., | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | CASE NO. 3:07-cv-15-MEF-TFM |
| ALICE CARDER, | ) ) | |
| DEFENDANT. | ) | |

## **ORDER**

This cause is before the Court on Defendant's Motion for Leave to Add a [sic] Third Party Defendant (Doc. # 11). The Court has carefully considered the motion and the Plaintiffs' Response to Order to Show Cause and Opposition to Defendant's Motion to Amend Answer to Add Third Parties (Doc. # 17). The Court finds that for the reasons argued by Plaintiffs, Defendant's Motion for Leave to Add a [sic] Third Party Defendant (Doc. # 11) is due to be and hereby is DENIED.

DONE this the 12th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE