IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALICE CARDER,<br><br>        Defendant. | Civil Action No.: 3:07cv15-MEF |

## NOTICE OF SETTLEMENT

Plaintiffs ATLANTIC RECORDING CORP., *et al.* ("Plaintiffs"), by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle. Therefore, Plaintiffs request the Court stay the case for [45] days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court.

This notice is filed with the consent of the Defendant.

Respectfully submitted this 17th day of July, 2007.


                                                   s/Joseph Seawell Moore
                                                   One of the Attorneys for Plaintiffs

182957.1

**OF COUNSEL:**
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Joseph Seawell Moore (MOO106)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama  36101-0078
334/834-6500
334/269-3115 (fax)

### CERTIFICATE OF SERVICE

      I certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Robin Reynolds
Angela J. Hill
139 South Broadnax St.
Dadeville, AL 36853

                                      s/Joseph Seawell Moore
                                      Of Counsel

182957.1