IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING ) | |
| CORPORATION, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:07-cv-15-MEF |
| ) | |
| ALICE CARDER, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. *See* Doc. # 21. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for November 2, 2007 and non-jury trial set for December 10, 2007 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before September 4, 2007.

DONE this 20th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE