IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ATLANTIC RECORDING CORPORATION**, a Delaware corporation; **VIRGIN RECORDS AMERICA, INC.**, a California corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **BMG MUSIC**, a New York general partnership; and **UMG RECORDINGS, INC.**, a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> **ALICE CARDER,** <br><br> Defendant. | Civil Action No.:  3:07cv15-MEF |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs ATLANTIC RECORDING CORP., *et al.*, and Defendant Alice Carder, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees.  The parties request that the Clerk of Court now close this case.

This the 3rd day of August, 2007.

2

| | |
|---|---|
| s/Joseph Seawell Moore | s/ Robin Reynolds |
| Dorman Walker (WAL086) | Robin Reynolds |
| Kelly F. Pate (FIT014) | 139 South Broadnax St. |
| Joseph Seawell Moore (MOO106) | Dadeville, AL 36853 |
| BALCH & BINGHAM LLP | State Bar No. (REY 023) |
| 105 Tallapoosa St., Suite 200 | Telephone: (256)825-8251 |
| P.O. Box 78 (36101-0078) | Facsimile: (256)825-8201 |
| Montgomery, Alabama 36104 | |
| Telephone: (334) 269-3130 | Attorneys for Defendant |
| Fax: (334) 313-6056 | |
| | |
| Attorneys for Plaintiffs | |